Certificate Number: 17572-TXN-DE-037615905

Bankruptcy Case Number: 23-41717



17572-TXN-DE-037615905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2023, at 9:22 o'clock AM PDT, Carl McCoy completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: July 24, 2023

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor